| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 0315 1:00CR00027-001 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 06-cr-00171-WDM |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Edwin H Lund<br>445 Silver Springs Circle<br>Colorado Springs, CO 80919 | Western District Of Pennsylvania | United States Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | Maurice B. Cohill Jr.<br>Senior United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 01-04-05 | TO 01-03-10 |

| OFFENSE |
|---|
| Bank Fraud |

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 03 2006

GREGORY C. LANGHAM
CLERK

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District Of Colorado upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

*March 29, 2006*
Date

*Maurice B. Cohill, Jr.*
Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FILED
CLERK
DISTRICT COURT
MAY -9 P3:38

*5/1/06*
Effective Date

United States District Judge

# MEMORANDUM

| | | |
|---|---|---|
| **DATE** | : | May 9, 2006 |
| **REPLY TO ATTENTION OF** | : | Karen Hubiak<br>U.S. Probation Office, Erie, PA |
| **SUBJECT** | : | LUND, Edwin H.<br>Criminal No. 00-00027-001<br>**TRANSFER OF JURISDICTION** |
| **TO** | : | Clerk of Court's Office, Erie, PA |

Attached is Probation Form 22 (Transfer of Jurisdiction) on the above case, which has been signed by both Senior U.S. District Judge Maurice B. Cohill, Jr., of this District and Chief U.S. District Judge Lewis T. Babcock, of the District of Colorado, transferring jurisdiction to Colorado Springs, effective May 1, 2006.

Please send this district's file to the Clerk of Court's Office in Colorado Springs, Colorado.

NOTE: If this case involves payment of restitution jointly/severally, payments at this criminal number will continue to be processed in this District (per AO Memorandum dated 11-14-00).

Thank you.

:kjh

Attachment: Probation Form 22