UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1820
ERIE, PENNSYLVANIA 16507
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.
CLERK OF COURT
814-464-9600

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2006 MAY 15 PM 3: 01
GREGORY C. LANGHAM
CLERK
BY _____ DEP. CLK

DATE: May 12, 2006

Clerk, District of Colorado
C-145 Byron G. Rogers
US Courthouse
1929 Stout Street
Denver CO 80294-3589

Re: USA v. Lund

Criminal Action No. 00-27 Erie

Dear Sir or Madam:

The following certified copies of documents in the above entitled action are being forwarded to your office pursuant to an executed Probation Form No. 22, authorizing transfer of jurisdiction of this probationer to your District.

Transfer of Jurisdiction Form
Docket Sheet
Judgment
Indictment

Please acknowledge receipt of these documents on the enclosed copy of this letter and return it to this office.

Very truly yours,

ROBERT V. BARTH, JR.
CLERK OF COURT

By: /s/ Debra L. Mayo
Debra L. Mayo
Deputy Clerk

Enclosures

RECEIVED
MAY 1 8 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

RECEIVED
MAY 1 8 2006
CLERK U.S. DIST.
WEST. DIST. OF PENN.